UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

__MORALES JOSE__

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

__NYC POLICE DEPT 9th Prect__
__DET. ALTIERI.__
__LT. HARRIS__

**13 CV 7667**

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☒ Yes  ☐ No
(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

### I.  Parties in this complaint:

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name __JOSE MORALES__
ID # __349 13 14927__
Current Institution __NIC__
Address __1500 HAZEN ST__
__EAST ELMHURST QUEENS NY 11370__

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name __DET. ALTIERI F__   Shield # __3227__
Where Currently Employed __9th PRECINCT__
Address __321 E 5th St__
__NY NYC 10003__

Rev. 05/2010

1

Defendant No. 2    Name __LT. HARRIS_____ Shield #_____
                   Where Currently Employed __9th PRECINCT_____
                   Address __321 E 5TH ST_____
                   __NY NYC 10003_____

Defendant No. 3    Name _____ Shield #_____
                   Where Currently Employed _____
                   Address _____

Defendant No. 4    Name _____ Shield #_____
                   Where Currently Employed _____
                   Address _____

Defendant No. 5    Name _____ Shield #_____
                   Where Currently Employed _____
                   Address _____

## II.    Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.  In what institution did the events giving rise to your claim(s) occur?
    __N/A_____

B.  Where in the institution did the events giving rise to your claim(s) occur?
    __N\A_____

C.  What date and approximate time did the events giving rise to your claim(s) occur?
    __10-1-13 AROUND 2:30 PM_____

On Oct 1 2013 around 2:30 pm I told Det ALTIERI and Lt HARRIS that I was wheelchair bond due to my disable which I am paraplegic that I need special transportaion. Lt Harris and Det ALTIERI disregarded my disabllity and took away my motorises wheelchair and then place me in a unmarker van with out securing me then they throw me on the floor with out my wheel chair when we got to the precinct they pick me up and place me in a broken wheel chair which cause me to fell on the ground. I hurt my back and neck then they took me to the hospital these officers violated all my (ADA) rights as a disable person also the 504 section and my 5th Amendment Rights under the US constitution due to all of this I suffer pain & suffering mental anguish and cause me to also get injuries to my back & neck these officers didnt pay any attention to my disable what so ever. I am also suffing emotionaly distress Aswell from all of this. Also discrimination plus with disabley

Jose Morales
3491314927
1500 Hazen st

D.  Facts: _____

**What happened to you?**

**Who did what?**

**Was anyone else involved?**

**Who else saw what happened?**

_____

## III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.  I hURT My BACK & NECK AT BELLEVUE HOSPIALT

## IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ____   No ✗

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). _____N/A_____

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

   Yes ____   No _X_   Do Not Know ____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

   Yes ____   No _X_   Do Not Know ____

   If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

   Yes ____   No _X_

   If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

   Yes ____   No _X_

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? _____N/A_____

   1. Which claim(s) in this complaint did you grieve? _____N/A_____

   2. What was the result, if any? _____N/A_____

   3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____N/A_____

F. If you did not file a grievance:

   1. If there are any reasons why you did not file a grievance, state them here: _____N/A_____

   2. If you did not file a grievance but informed any officials of your claim, state who you informed,

*Rev. 05/2010*                                    4

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff ___N/A___

Defendants ___N/A___

2. Court (if federal court, name the district; if state court, name the county) ___N/A___

3. Docket or Index number ___N/A___

4. Name of Judge assigned to your case ___N/A___

5. Approximate date of filing lawsuit ___N/A___

6. Is the case still pending? Yes ___ No ___
   If NO, give the approximate date of disposition ___N/A___

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) ___N/A___

**On other claims**

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
   Yes ___  No _X_

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff ___N/A___

Defendants ___

2. Court (if federal court, name the district; if state court, name the county) ___N/A___

3. Docket or Index number ___N/A___

4. Name of Judge assigned to your case ___N/A___

5. Approximate date of filing lawsuit ___N/A___

6. Is the case still pending? Yes ___ No ___
   If NO, give the approximate date of disposition ___N/A___

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) ___N/A___

Rev. 05/2010

6

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 25 day of OCT, 20 13

Signature of Plaintiff: Jose Morales
Inmate Number: 349 13 14 927
Institution Address: 1500 Hazen
East Elmhurst
NY 11370
Dorm 2R

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 25 day of OCT, 2013 I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: Jose Morales